**In re the Marriage of Edward Dean PLUNKETT, Appellant,**

v.

**Darlene Lawan PLUNKETT, a/k/a Darlene Aubuchon, Respondent.**

**No. 56604.**

Missouri Court of Appeals,
Eastern District,
Southern Division.

April 3, 1990.

Wallace L. Duncan, Grace C. Blaich, Poplar Bluff, for appellant.

David L. Mayhugh, Flat River, for respondent.

### ORDER

PER CURIAM.

This is an appeal from the trial court's judgment in a motion to quash an execution and a motion for costs. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron,* 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and ·restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).